**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMAL FARAH, on behalf of himself and others similarly situated, | ) | |
| | ) | Case No. 24 C 1757 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. LaShonda A. Hunt |
| | ) | |
| RECRUIT PROMASTER, INC., WBG FREIGHT LINES, INC., and MILOS GUBIC, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL DEFAULT JUDGMENT ORDER**

This matter coming before the Court for a prove-up hearing on Plaintiff's motion for default judgment against Defendants Recruit Promaster, Inc., WBG Freight Lines, Inc. and Milos Gubic, regarding Plaintiff's damages, the Court having reviewed the declarations submitted by Plaintiff and the transcript of the prove-up hearing on July 25, 2024 where Plaintiff Jamal Farah and Michael Holzman testified, along with the admitted exhibits:

**IT IS ORDERED:**

1. The Court finds that Defendant Recruit Promaster, Inc. refused to hire Plaintiff Jamal Farah based on his Somali national origin and his Muslim ethnicity in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Illinois Human Rights Act, 775 ILCS 5 *et seq.*;

2. The Court finds that Defendants Recruit Promaster, Inc. and Milos Gubic refused to hire Plaintiff Jamal Farah for employment based on his Somali national origin and his Muslim ethnicity in violation of 42 U.S.C. § 1981;

3. The Court finds that Defendant Recruit Promaster, Inc. refused to refer Plaintiff Jamal Farah for employment based on his Somali national origin and his Muslim ethnicity in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Illinois Human Rights Act, 775 ILCS 5 *et seq.*;
4. The Court finds that Defendants Recruit Promaster, Inc. and Milos Gubic refused to refer Plaintiff Jamal Farah for employment based on his Somali national origin and his Muslim ethnicity in violation of 42 U.S.C. § 1981;
5. Plaintiff Jamal Farah has suffered lost pay and emotional distress as a direct and proximate result of the conduct of Defendants Recruit Promaster, Inc. and Milos Gubic;
6. The conduct of Defendants Recruit Promaster, Inc. and Milos Gubic has been willful and intentional, thereby warranting an award of punitive damages against those defendants and to deter them and others from engaging in similar conduct in the future;
7. Accordingly, the Court enters default judgment against Defendants Recruit Promaster, Inc. and Milos Gubic also known as "Mike" Gubic;
8. All claims against Defendant WBG Freight Lines, Inc. are dismissed without prejudice;
9. The Court awards Plaintiff Jamal Farah the following damages against Defendants Recruit Promaster, Inc. and Milos Gubic, jointly and severally, in the following amounts:
   a. $7,560.00 for lost backpay;
   b. $10,000.00 for emotional distress damages;
   c. $30,000.00 for punitive damages; plus
   d. $9,266.40 (($5,760.00 for lost backpay + $10,000 for emotional distress damages + $30,000.00 for punitive damages) x 9% statutory prejudgment

interest rate x 2.25 years = $9,266.40 prejudgment interest); and

10. The Court awards Plaintiff's counsel attorney's fees against Defendants Recruit Promaster, Inc. and Milos Gubic, jointly and severally, in the total amount of $77,509.50 for legal services provided by attorneys Mark Potashnick: 105.12 hours x $600.00 per hour = $63,072 and Edward Weinhaus: 38.5 hours x $375.00 per hour = $14,437.50, plus costs in the amount of $2,609.76.

**Date**: December 10, 2024

**ENTERED**:

LaShonda A. Hunt

LASHONDA A. HUNT
United States District Judge